1
2
3
4
5
6

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

7
8

9  In re:

10  23ANDME, INC., Customer Data Security
11  Breach Litigation

MDL No.  3098

12

13

## CERTIFICATE OF SERVICE

14      In compliance with Rule 6.1(b) of the Rules of Procedure for the United States Judicial Panel on

15  Multidistrict Litigation, I hereby certify that on January 25, 2024, copies of the foregoing Consolidated

16  Reply In Support Of Motion for Transfer and Consolidation of 23andMe, Inc. Litigation Pursuant to 28

17  U.S.C. § 1407 were electronically filed with the Clerk of the Court through the CM/ECF system, which

18  will send notification of such filing to all counsel of record registered as CM/ECF users, as denoted on the

19  Electronic Mail Notice List.

20  **Counsel for Parties Served via ECF:**

21

| *Santana, et al. v. 23andMe, Inc.*<br>(Case No. 3:23-cv-05147-EMC)<br>**Northern District of California**<br><br>Scott Edelsberg<br>EDELSBERG LAW, P.A.<br>*scott@edelsberglaw.com*<br>1925 Century Park E #1700<br>Los Angeles, CA 90067<br>Telephone: 305-975-3320<br><br>Andrew J. Shamis<br>SHAMIS & GENTILE, P.A. | *Lamons v. 23andMe, Inc.*<br>(Case No. 3:23-cv-05178-EMC)<br>**Northern District of California**<br><br>Michael R. Reese<br>*mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>8484 Wilshire Boulevard, Suite 515 |
|---|---|

22
23
24
25
26
27
28

14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: 305-479-2299
*ashamis@shamisgentile.com*

**Attorneys for Plaintiffs Monica Santana and Paula Kleynburd**

Los Angeles, California 90211
Telephone: (310) 393-0070
*ggranade@reesellp.com*

Charles D. Moore REESE LLP
*cmoore@reesellp.com*
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500

Kevin Laukaitis
LAUKAITIS LAW LLC
*klaukaitis@laukaitis.com*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Telephone: (215) 789-4462

**Attorneys for Plaintiff Kerry Lamons**

---

*Eden et al v. 23andMe, Inc.*
(Case No. 3:23-cv-05200-EMC)
**Northern District of California**

Melissa Emert
Gary S. Graifman
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
*memert@kgglaw.com*
*ggraifman@kgglaw.com*
Telephone: (845) 356-2570
Facsimile: (845) 356-4335

David S. Casey
*dcasey@cglaw.com*
Gayle M. Blatt
*gmb@cglaw.com*
P. Camille Guerra
*camille@cglaw.com*
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD,

*J.S. et al v. 23andMe, Inc., et al.*
(Case No. 3:23-cv-05234-EMC)
**Northern District of California**

Sharon J. Zinns
ZINNS LAW, LLC
4243 Dunwoody Club Drive
Suite 104
Atlanta, Georgia 30350
(404) 882-9002
*sharon@zinnslaw.com*

Maureen M. Brady
Lucy McShane
McSHANE & BRADY, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
*mbrady@mcshanebradylaw.com*
*lmcshane@mcshanebradylaw.com*

**Attorneys for Plaintiffs J.S., J.T., and A.L.**

| | |
|---|---|
| LLP<br><br>**Attorneys for Plaintiffs Bonnie Eden (also a Movant in Case No. 3:23-cv-05147-EMC), Daniel Pinho, Thomas Seawright and Pamela Zager-Maya** | |
| *Mirza v. 23andMe, Inc.*<br>(Case No. 3:23-cv-05259-EMC)<br>**Northern District of California**<br><br><br>Seyed Abbas<br>Kazerounian Mona<br>Amini<br>KAZEROUNI LAW GROUP, APC<br>*ak@kazlg.com*<br>*mona@kazlg.com*<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone:  (800) 400-6808<br>Facsimile:  (800) 520-5523<br><br>**Attorneys for Plaintiff Haris Mirza** | *Navarro v. 23andMe, Inc.*<br>(Case No. 3:23-cv-05281-EMC)<br>**Northern District of California**<br><br>Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>*sec@colevannote.com*<br>*lvn@colevannote.com*<br><br>**Attorneys for Plaintiffs Katianne Navarro and Michael Blackwell** |
| *Greenberg v. 23andMe, Inc.*<br>(Case No. 3:23-cv-05302-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>402 W Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel.: (858) 209-6941<br>*jnelson@milberg.com*<br><br>Jeff Ostrow<br>KOPELOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>*ostrow@kolawyers.com*<br><br>**Attorneys for Plaintiff Caroline Greenberg** | *Friend v. 23andMe, Inc.*<br>(Case No. 3:23-cv-05323-EMC)<br>**Northern District of California**<br><br>Kaveh S. Elihu<br>Saima Ali Gipson<br>1001 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 382-2222<br>Facsimile: (213) 382-2230<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>*kelihu@ejlglaw.com*<br>*sali@ejlglaw.com*<br><br>**Attorneys for Plaintiffs Nichole Friend, Aaron Parra, and Mari Rajamin** |
| *Hoffman et al v. 23andMe, Inc.* | *Farmer v. 23andMe, Inc.* |

(Case No. 3:23-cv-05332-EMC)
**Northern District of California**

John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
402 W. Broadway, Suite 1760
San Diego, California 9
Tel.: (858) 209-6941
*jnelson@milberg.com*

Marc E. Dann
DANNLAW
25 North Street
Dublin, Ohio 43017
*mdann@dannlaw.com*

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
*tom@attorneyzim.com*

**Attorneys for Plaintiffs Alexandra Hoffman and Alexandra Klawitter**

(Case No. 3:23-cv-05341-EMC)
**Northern District of California**

M. Anderson Berry
Gregory Haroutunian
Brandon P. Jack
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
*aberry@justice4you.com*
*gharoutunian@justice4you.com*
*bjack@justice4you.com*

Benjamin H. Kleine
KLEINE PC
95 Third Street, 2nd
Floor, #9048
San Francisco, CA 94103
Telephone: 415-465-5655
*ben@kleinepc.com*

**Attorneys for Plaintiff Adriane Farmer**

---

***Berman et al v. 23andMe, Inc.***
(Case No. 3:23-cv-05345-EMC)
**Northern District of California**

Ross M. Good
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 889-6625
*ross@loftusandeisenberg.com*

William Aron ARON LAW FIRM
15 W Carrillo St, Suite 217
Santa Barbara,
CA 93101
T: (805) 618-1768
*bill@aronlawfirm.com*

**Attorneys for Plaintiffs Melanie Berman, Lisa Jones, Lyon Leifer, Kathleen Canfield Loftus, Julia Hawkins**

***Tulchinsky v. 23andMe, Inc.***
(Case No. 3:23-cv-05369-EMC)
**Northern District of California**

Michael R. Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

George V. Granade
*ggrandade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Charles D. Moore
*cmoore@reesellp.com*
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500

|  | REESE LLP |
|---|---|
|  | Courtney L. Weiner |
|  | *cw@courtneyweinerlaw.com* |
|  | 1629 K St. NW, Suite 300 |
|  | Washington, DC 20006 |
|  | Telephone: (202) 827-9980 |
|  | LAW OFFICE OF COURTNEY WEINER PLLC |
|  | **Attorneys for Plaintiff David Tulchinsky** |
| ***Seikel v. 23andMe, Inc.*** <br> (Case No. 3:23-cv-05419-EMC) <br> **Northern District of California** <br><br> Ben F. Pierce Gore <br> PIERCE GORE LAW FIRM, PC <br> 315 Montgomery Street <br> 10th Floor <br> San Francisco, CA 94104 <br> (408) 806-4600 <br> *piercegore@gmail.com* <br><br> Charles J. LaDuca Brendan Thompson <br> CUNEO GILBERT & LADUCA, LLP <br> 4725 Wisconsin Avenue NW Suite 200 <br> Washington, DC 20016 (202) 789-3960 <br> *charles@cuneolaw.com;* <br> *brendan@cuneolaw.com* <br><br> Charles Barrett <br> Daniella Bhadare-Valente <br> Morgan L. Burkett <br> NEAL & HARWELL, PLC <br> 1201 Demonbreun St. <br> Suite 1000 <br> Nashville, TN 37203 <br> (615) 244-1713 <br> *cbarrett@nealharwell.com* <br> *dbhadare-valente@nealharwell.com* <br> *mburkett@nealharwell.com* <br><br> **Attorneys for Plaintiff Stephen L. Seikel** | ***Fralix v. 23andMe, Inc.*** <br> (Case No. 3:23-cv-05439-EMC) <br> **Northern District of California** <br><br> Eric M. Poulin <br> *eric.poulin@poulinwilley.com* <br> Blake G. Abbott <br> *blake.abbott@poulinwilley.com* <br> Paul J. Doolittle <br> *paul.doolittle@poulinwilley.com* <br> 32 Ann Street <br> Charleston, SC 29403 <br> Telephone: (803) 222-2222 <br> Fax: (843) 494-5536 <br> POULIN WILLEY ANASTOPOULO, LLC <br><br> John Christian <br> *yanni@bohrenlaw.com* <br> 8560 West Sunset Boulevard, 4th Floor <br> West Hollywood, CA 90069 <br> Tel: 619-433-2803 <br> Fax: 800-867-6779 <br> Bohren BOHREN LAW, APC <br><br> **Attorneys for Plaintiff Elaine Fralix** |
| ***Velez v. 23andMe, Inc.*** | ***Smith v. 23andMe, Inc.*** |

| | |
|---|---|
| (Case No. 3:23-cv-05464-EMC)<br>**Northern District of California**<br><br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Maureen Kane Berg<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Square, Suite 2200<br>Minneapolis, Minnesota 55401<br>Telephone: 612-339-6900<br>Facsimile: 612-339-0981<br>*khriebel@locklaw.com*<br>*kmbaxter-kauf@locklaw.com*<br>*mkberg@locklaw.com*<br><br>Gayle M. Blatt<br>P. Camille Guerra<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD,<br>LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619-238-1811<br>Facsimile: 619-544-9232<br>*gmb@cglaw.com*<br>*camille@cglaw.com*<br><br>Gary F. Lynch<br>LYNCH CARPENTER, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburg, PA 15222<br>Telephone: 412-322-9243<br>Facsimile: 412-231-0246<br>*gary@lcllp.com*<br><br>**Attorneys for Plaintiff Harold Velez** | (Case No. 3:23-cv-05548-EMC)<br>**Northern District of California**<br><br>Nicholas A. Migliaccio<br>412 H Street NE, no. 302,<br>Washington, DC, 20002<br>Office: (202) 470-3520<br>*nmigliaccio@classlawdc.com*<br><br>Jason S. Rathod<br>*jrathod@classlawdc.com*<br><br>Matthew Smith<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (831) 687-8255<br>MIGLIACCIO & RATHOD LLP<br>*msmith@classlawdc.com*<br><br>**Attorneys for Plaintiff Laquisha Smith** |
| ***Alperstein et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05541-EMC)<br>**Northern District of California**<br><br>CLARKSON LAW FIRM, P.C.<br>Ryan J. Clarkson<br>*rclarkson@clarksonlawfirm.com*<br>Yana Hart<br>*yhart@clarksonlawfirm.com*<br>Tiara Avaness<br>*tavaness@clarksonlawfirm.com* | ***Furia v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05565-EMC)<br>**Northern District of California**<br><br>Matthew Smith<br>MIGLIACCIO & RATHOD LLP<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (831) 687-8255<br>*msmith@classlawdc.com* |

| | |
|---|---|
| Valter Malkhasyan<br>*vmalkhasyan@clarksonlawfirm.com*<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>**Attorneys for Plaintiffs Max Alperstein and Arya Shoaee** | Daniel E. Gustafson<br>David A. Goodwin<br>Matt Jacobs<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>*dgustafson@gustafsongluek.com*<br>*dgoodwin@gustafsongluek.com*<br>*mjacos@gustafsongluek.com*<br><br>**Attorneys for Plaintiff Nicholas Furia** |
| ***Schutz v. 23andMe Inc.***<br>(Case No. 3:23-cv-05579)<br>**Northern District of California**<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: *lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*breed@kaplanfox.com*<br><br>BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow<br>Anthony L. Parkhill<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>Telephone: 312-621-2000<br>Facsimile: 312-641-5504<br>Email: *b.barnow@barnowlaw.com*<br>*aparkhill@barnowlaw.com*<br><br>**Attorneys for Plaintiff Michael Schutz, Cody Vogel, and Eileen Mullen (also a Movant in Case No. 3:23-cv-05147-EMC)** | ***Vickery v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05635-EMC)<br>**Northern District of California**<br><br>Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>*byrd@whafh.com*<br><br>Jon Tostrud<br>TOSTRUD LAW GROUP, PC<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310/278-2600<br>Facsimile: 310/278-2640<br>*jtostrud@tostrudlaw.com*<br><br>Erik H. Langeland<br>ERIK H. LANGELAND, P.C.<br>733 Third Avenue, 16th Floor<br>New York, NY. 10017<br>Telephone: (212) 354-6270<br>*elangeland@langelandlaw.com*<br><br>**Attorneys for Plaintiff Thomas Vickery** |
| ***Sorensen v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05677-EMC)<br>**Northern District of California**<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack | ***Doe v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05717-EMC)<br>**Northern District of California**<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Dorothy P. Antullis |

CLAYEO C. ARNOLD
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*
*bjack@justice4you.com*

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
-and-
212 W. Spring Valley Road
Richardson, Texas 75081
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
*wbf@federmanlaw.com*

**Attorneys for Plaintiff Brianna Sorensen**

Stuart A. Davidson
Lindsey H. Taylor
Nicolle B. Brito
Alexander C. Cohen
Nicolle B. Brito
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
*DAntullis@rgrdlaw.com*
*NBrito@rgrdlaw.com*
*LTaylor@rgrdlaw.com*
*ACohen@rgrdlaw.com*
*SDavidson@rgrdlaw.com*

THE GRANT LAW FIRM, PLLC
Lynda J. Grant
*lgrant@grantfirm.com*
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: 212/292-4441
212/292-4442 (fax)

LONGMAN LAW, P.C.
Howard T. Longman
*HLongman@Longman.Law*
354 Eisenhower Parkway, Suite 1800
Livingston, NJ 07039
Telephone: 973/994-2315
973/994-2319 (fax)

**Attorneys for John Doe**

*Dube v. 23andMe, Inc.*
(Case No. 3:23-cv-05768-EMC)
**Northern District of California**

John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Fax: (858) 209-6941
Email: *jnelson@milberg.com*

Jason P. Sultzer, Esq.
270 Madison Avenue, Suite 1800
New York, NY 10016

*Andrizzi v. 23andMe, Inc.*
(Case No. 3:23-cv-05198-EMC)
**Northern District of California**

Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: *daniel@slfla.com*

**Attorneys for Plaintiff Michelle Andrizzi**

Tel: (845) 483-7100
Fax: (888) 749-7747
*sultzerj@thesultzerlawgroup.com*

Charles E. Schaffer, Esq.
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
*cschaffer@lfsblaw.com*

**Attorneys for Plaintiff Briana Dube**

| | |
|---|---|
| ***Molina v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05779-EMC)<br>**Northern District of California** | ***Scott v. 23andMe Holding Co., 23andMe, Inc.***<br>(Case No. 3:23-cv-5980-LB)<br>**Northern District of California** |
| Daniel E. Barenbaum<br>Christina M. Sarraf<br>425 California Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: *dbarenbaum@bermantabacco.com*<br>*csarraf@bermantabacco.com*<br>Patrick T. Egan<br>Steven J. Buttacavoli<br>BERMAN TABACCO<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>Email: *pegan@bermantabacco.com*<br>*sbuttacavoli@bermantabacco.com*<br><br>**Attorneys for Plaintiff Brandon Molina** | LEXINGTON LAW GROUP<br>Mark N. Todzo<br>Meredyth L. Merrow<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Telephone: (415) 913-7800<br>Facsimile: (415) 759-4112<br>*mtodzo@lexlawgroup.com*<br>*mmerrow@lexlawgroup.com*<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169-1820<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>*jguglielmo@scott-scott.com*<br>*calexander@scott-scott.com*<br><br>**Attorneys for Plaintiff Tracy Scott, Anna Daveiga, and Emily Beale** |
| ***Ioffe v. 23andMe, Inc.***<br>(Case No. 5:23-cv-06205-NC)<br>**Northern District of California**<br><br>SCHUBERT JONCKHEER & KOLBE LLP<br>Robert C. Schubert<br>*rschubert@sjk.law*<br>Amber L. Schubert | ***Rivers v. 23andMe Holding Co., 23andMe, Inc.***<br>(Case No. 4:23-cv-06481-DMR)<br>**Northern District of California**<br><br>AZRA MEHDI (SBN 220406)<br>*azram@themehdifirm.com*<br>The Mehdi Firm, PC |

| | |
|---|---|
| *aschubert@sjk.law*<br>2001 Union St, Ste 200<br>San Francisco, CA 94123<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br><br>**Attorneys for Plaintiff Polina Ioffe** | 95 Third Street<br>2nd Floor No. 9122<br>San Francisco, CA 94103<br>Ph/Fax: (415) 905-8880<br><br>John C. Herman<br>*jherman@hermanjones.com*<br>Candace N. Smith<br>*csmith@hermanjones.com*<br>HERMAN JONES LLP<br>3424 Peachtree Road N.E., Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: (404) 504-6500<br>Facsimile: (404) 504-6501<br><br>**Attorneys for Plaintiff Kristen Rivers and V.R. Rivers** |
| ***Ryan v. 23andMe Inc.***<br>(Case No. 3:23-cv-5968-CRB)<br>**Northern District of California**<br><br>GLANCY PRONGAY & MURRAY LLP<br>Marc L. Godino<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>Email: *mgodino@glancylaw.com*<br><br>Brian P. Murray<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>Tel: (212) 682-5340<br>Fax: (212)-884-0988<br>*bmurray@glancylaw.com*<br><br>LAW OFFICE OF PAUL C. WHALEN, P.C.<br>Paul C. Whalen<br>768 Plandome Road<br>Manhasset, NY 11030<br>Tel.: (516) 426-6870<br>*paul@paulwhalen.com*<br><br>**Attorneys for Plaintiff Melissa Ryan** | ***Dhaman Gill v. 23andMe, Inc.***<br>(Case No. 8:23-cv-02387-FWS-DFM)<br>**Central District of California**<br><br>Michael R. Reese<br>*mreese@reesellp.com*<br>REESE LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>*ggranade@reesellp.com*<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Kevin Laukaitis<br>*klaukaitis@laukaitislaw.com*<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Dhaman Gill** |
| ***Bacus v. 23andMe, Inc.*** | ***Hu v. 23andMe, Inc.*** |

<table>
<tr><td>

(Case No. 1:23-cv-16828)
**Northern District of Illinois**

Andrea Gold
Hassan A. Zavareei
*hzavareei@tzlegal.com*
Glenn E. Chappell
*gchappell@tzlegal.com*
David W. Lawler
*dlawler@tzlegal.com*
Leora N. Friedman
*lfriedman@tzlegal.com*
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW
Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

**Attorneys for Plaintiff Michele Bacus**

</td><td>

(Case No. 1:23-cv-17079)
**Northern District of Illinois**

Katrina Carroll
LYNCH CARPENTER, LLP
111 W. Washington St. Suite 1240
Chicago IL 60602
312.750.1265
*katrina@lcllp.com*

Jonathan M. Jagher
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
610.234.6486
*jjagher@fklmlaw.com*
Michael E. Moskovitz
Nia-Imara Barberousse Binns
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
224.632.4506
*mmoskovitz@fklmlaw.com*
*nbinns@fklmlaw.com*

**Attorneys for Plaintiff Alyson Hu**

</td></tr>
<tr><td>

***Paddy et al v. 23andMe, Inc.***
(Case No. 3:23-cv-06698-EMC)
**Northern District of California**

Laurence D. King
Matthew B. George
Blair E. Reed
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*

Norman E. Siegel
J. Austin Moore
Brandi S. Spates
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100

</td><td>

***Picha v. 23andMe, Inc.***
(Case No. 3:23-cv-06719-EMC)
**Northern District of California**

Christopher L. Springer
Cari Campen Laufenberg
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P
801 Garden Street, Suite 301
Santa Barbara, CA 93101
*cspringer@kellerrohrback.com*
*claufenberg@kellerrohrback.com*
*gcappio@kellerrohrback.com*
(805) 456-1496

**Attorneys for Plaintiff Cami Picha**

</td></tr>
</table>

11

| siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br>spates@stuevesiegel.com<br><br>**Attorneys for Plaintiff Claire Paddy and Neil Haven** | |

Respectfully submitted,

DATED:  January 25, 2024

By:  _/s/ Ian C. Ballon_____

Ian C. Ballon
GREENBERG TRAURIG, LLP
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Tel: 650-289-7881; Fax: 650-462-7881
*Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*