# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIR:**
**Karen K. Caldwell**
**United States District Court**
**Eastern District of Kentucky**

**MEMBERS:**
**Nathaniel M. Gorton**
**United States District Court**
**District of Massachusetts**

**David C. Norton**
**United States District Court**
**District of South Carolina**

**Dale A. Kimball**
**United States District Court**
**District of Utah**

**Matthew F. Kennelly**
**United States District Court**
**Northern District of Illinois**

**Roger T. Benitez**
**United States District Court**
**Southern District of California**

**Madeline Cox Arleo**
**United States District Court**
**District of New Jersey**

**DIRECT REPLY TO:**
**Tiffaney D. Pete**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20544-0005**

**Telephone: (202) 502-2800**
**Fax: (202) 502-2888**

ADVISORY

Counsel appearing for oral argument before the Panel are prohibited from bringing cell phones into the courthouse.  Counsel may bring laptop computers into the courthouse.

**Please note:**  If cell phones are brought to the courthouse, the Court U.S. Marshals Service assumes no responsibility for damage or loss to the item if left with security.